U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

NOV 0 2 2012

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRENT LAMONT DOFFNEY<br>LA. DOC #475500<br>VS. | CIVIL ACTION NO. 6:11-cv-0672<br><br>SECTION P<br><br>JUDGE HAIK |
| OWNER, LOUISIANA CORRECTIONAL<br>SERVICES, INC. | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that plaintiff's civil rights action be **DISMISSED WITH PREJUDICE** in accordance with Rule 41(b) of the Federal Rules of Civil Procedure.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 2nd day of November, 2012.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE